# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DISCIPLINE OF JAMES ALLEN STEINER, ATTORNEY REGISTRATION NUMBER 39650, A MEMBER OF THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA | 2:13-mc-500-MRH |

## ORDER

AND NOW, this 23rd day of September 2022, upon consideration of Attorney James Allen Steiner's Petition for Reinstatement (ECF #4), it is hereby ORDERED that the Motion is GRANTED and Attorney Steiner, PA Attorney Registration Number 39650, is hereby reinstated to the active practice of law in the United States District Court for the Western District of Pennsylvania, effective immediately upon entry of this order on the above-captioned docket. The Clerk of Court is directed to update Attorney Steiner's status in the Court's attorney admission records and to reactivate his CM/ECF Filing User account.

FOR THE COURT:

*Mark R. Hornak*
Mark R. Hornak
Chief United States District Judge